Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com
R. Brandon Bundren (will comply with LR IA 11-2)
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
Telephone: (615) 244-2582
bbundren@bradley.com

*Attorneys for Defendants Medliant Inc. and Medliant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIAHKIM MABUTE and JEDDY ANNE DELGADO, on behalf of themselves, those similarly situated, and the Proposed Rule 23 Class,<br><br>Plaintiffs,<br><br>vs.<br><br>MEDLIANT INC. and MEDLIANT,<br><br>Defendants. | Case No.: 2:23-cv-02148-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED CLASS AND COLLECTIVE ACTION COMPLAINT**<br><br>**(First Request)** |

Defendants Medliant Inc. and Medliant (collectively, "Medliant") and Plaintiffs Eliahkim Mabute and Jeddy Anne Delgado (together, "Plaintiffs"), by and through their respective counsel of record, hereby agree, stipulate and respectfully request that the Court extend the deadline for Medliant to answer or otherwise respond to the First Amended Class and Collective Action Complaint ("Complaint") by thirty (30) days, from January 4, 2024 to February 5, 2024. This is the first request to extend the deadline.

/ / /

/ / /

/ / /

/ / /

/ / /



1  The parties agree to the extension to permit Medliant to fully evaluate the allegations in
2  the Complaint so that they can prepare an appropriate response. The undersigned represent that
3  this stipulation is not designed for purposes of delay.
4  DATED this 2nd day of January, 2024.

5  McDONALD CARANO LLP                                 THIERMAN BUCK LLP

6  By: */s/ Kristen T. Gallagher*                      By: */s/ Leah L. Jones*
      Kristen T. Gallagher (NSBN 9561)                      Mark R. Thierman
7     2300 West Sahara Avenue, Suite 1200                   Joshua D. Buck
      Las Vegas, Nevada 89102                               Leah L. Jones
8     kgallagher@mcdonaldcarano.com                         7287 Lakeside Drive
                                                            Reno, Nevada 89511
9     R. Brandon Bundren                                    josh@thiermanbuck.com
      Bradley Arant Boult Cummings LLP                      mark@thiermanbuck.com
10    1221 Broadway, Suite 2400                             leah@thiermanbuck.com
      Nashville, Tennessee 37203
11    (will comply with LR IA 11-2)
                                                            Juno Turner
12    *Attorneys for Defendants Medliant Inc.*              David H. Seligman
      *and Medliant*                                        Rachel W. Dempsey
13                                                          Towards Justice
                                                            P.O. Box 371689, PMB 44465
14                                                          Denver, Colorado 80237-5680
                                                            juno@towardsjustice.com
15                                                          david@towardsjustice.com
                                                            rachel@towardsjustice.com
16
17                                                          *Attorneys for Plaintiffs*
18
19                                                          **IT IS SO ORDERED:**
20
                                                            _____
21                                                          UNITED STATES MAGISTRATE JUDGE
22
                                                            Dated: January 4, 2024
23
24
25
26
27
28