Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
THIERMAN BUCK LLP
325 W. Liberty St
Reno, NV 89501
Tel. (775) 284-1500
Fax. (775) 703-5027

Juno Turner (admitted *pro hac vice*)
juno@towardsjustice.com
David H. Seligman (admitted *pro hac vice*)
david@towardsjustice.com
Rachel W. Dempsey (admitted *pro hac vice*)
rachel@towardsjustice.com
TOWARDS JUSTICE
P.O. Box 371689, PMB 44465
Denver, CO 80237-5680
Tel. (720) 441-2236

*Attorneys for Plaintiff and the Putative Class and Collective*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ELIAHKIM MABUTE and JEDDY ANNE DELGADO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MEDLIANT, INC. and MEDLIANT,<br><br>Defendants. | Case No.: 2:23-cv-02148-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO OPPOSE DEFENDANTS' MOTION TO CHANGE VENUE OR TRANSFER, OR, IN THE ALTERNATIVE, TO STAY [ECF NO. 21] AND MOTION TO DISMISS [ECF NO. 23]**<br><br>**FIRST REQUEST** |

Plaintiffs Eliahkim Mabute and Jeddy Anne Delgado (together, "Plaintiffs") and Defendants Medliant Inc. and Medliant (collectively, "Medliant"), by and through their respective counsel of record, hereby agree, stipulate and respectfully request that the Court extend the deadlines for Plaintiffs to respond to: (A) Medliant's Motion to Change Venue or Transfer or, In the Alternative, to Stay (ECF No. 21), and (B) Medliant's Motion to Dismiss (ECF No. 23) by 14 days, from February 19, 2024 to March 4, 2024. This is the first request to extend the deadline.

The Parties agree to the extension to permit Plaintiffs to fully respond to the two Motions

/ / /

/ / /

/ / /

that Medliant has filed and in light of conflicts with pre-scheduled travel. The undersigned represent that this stipulation is not designed for purposes of delay.

DATED this 8th day of February, 2024.

| MCDONALD CARANO LLP | THIERMAN BUCK LLP |
|---|---|
| By: */s/Kristen T. Gallagher* | By: */s/Leah L. Jones* |
| Kristen T. Gallagher (NSBN 9561)<br>McDONALD CARANO LLP<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>kgallagher@mcdonaldcarano.com<br><br>R. Brandon Bundren (admitted *pro hac vice*)<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1221 Broadway, Suite 2400<br>Nashville, Tennessee 37203<br>Telephone: (615) 244-2582<br>bbundren@bradley.com<br><br>*Attorneys for Defendants Medliant and Medliant Inc.* | Mark R. Thierman, Nev. Bar No. 8285<br>mark@thiermanbuck.com<br>Joshua D. Buck, Nev. Bar No. 12187<br>josh@thiermanbuck.com<br>Leah L. Jones, Nev. Bar No. 13161<br>leah@thiermanbuck.com<br>THIERMAN BUCK LLP<br>325 W. Liberty St<br>Reno, NV 89501<br>Tel. (775) 284-1500<br>Fax. (775) 703-5027<br><br>Juno Turner (admitted *pro hac vice*)<br>juno@towardsjustice.com<br>David H. Seligman (admitted *pro hac vice*)<br>david@towardsjustice.com<br>Rachel W. Dempsey (admitted *pro hac vice*)<br>rachel@towardsjustice.com<br>TOWARDS JUSTICE<br>P.O. Box 371689, PMB 44465<br>Denver, CO 80237-5680<br>Tel. (720) 441-2236<br><br>*Attorneys for Plaintiff and the Putative Class and Collective* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: February 9, 2024