Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

R. Brandon Bundren (admitted pro hac vice)
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
Telephone: (615) 244-2582
bbundren@bradley.com

*Attorneys for Defendants Medliant Inc. and Medliant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIAHKIM MABUTE and JEDDY ANNE DELGADO, on behalf of themselves, those similarly situated, and the Proposed Rule 23 Class,<br><br>Plaintiffs,<br><br>vs.<br><br>MEDLIANT INC. and MEDLIANT,<br><br>Defendants. | Case No.: 2:23-cv-02148-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' REPLY DEADLINES REGARDING (1) MOTION TO TRANSFER VENUE, OR ALTERNATIVELY, TO STAY; AND (2) MOTION TO DISMISS**<br><br>**(First Request)** |

Defendants Medliant Inc. and Medliant (collectively, "Medliant") and Plaintiffs Eliahkim Mabute and Jeddy Anne Delgado (together, "Plaintiffs"), by and through their respective counsel of record, hereby agree, stipulate and respectfully request that the Court extend the deadline for Medliant to file its reply in support of its (1) Motion to Transfer Venue or in the Alternative, to Stay (ECF No. 21); and (2) Motion to Dismiss (ECF No. 23) by fourteen (14) days, from March 11, 2024 to March 25, 2024. This is the first request to extend the deadline.

/ / /

/ / /

/ / /

/ / /

The parties agree to the extension to permit Medliant to fully reply to Plaintiffs' oppositions and recent litigation-related travel in unrelated matters and lead counsel's previously scheduled vacation. The undersigned represent that this stipulation is not designed for purposes of delay.

DATED this 7th day of March, 2024.

McDONALD CARANO LLP

By: */s/ Kristen T. Gallagher*
 Kristen T. Gallagher (NSBN 9561)
 2300 West Sahara Avenue, Suite 1200
 Las Vegas, Nevada 89102
 kgallagher@mcdonaldcarano.com

R. Brandon Bundren
Bradley Arant Boult Cummings LLP
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
(admitted pro hac vice)

*Attorneys for Defendants Medliant Inc. and Medliant*

THIERMAN BUCK LLP

By: */s/ Leah L. Jones*
 Mark R. Thierman
 Joshua D. Buck
 Leah L. Jones
 325 W. Liberty Street
 Reno, Nevada 89501
 josh@thiermanbuck.com
 mark@thiermanbuck.com
 leah@thiermanbuck.com

Juno Turner
David H. Seligman
Rachel W. Dempsey
Towards Justice
P.O. Box 371689, PMB 44465
Denver, Colorado 80237-5680
juno@towardsjustice.com
david@towardsjustice.com
rachel@towardsjustice.com

*Attorneys for Plaintiffs*

IT IS SO ORDERED:

Dated: March 12, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE